UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Mary S. Roberts, SID #849299, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| Jarvis Anderson, Chief, | § | SA-11-CV-1124 OG |
| Bexar Co. Community Supervision | § | |
| Corrections Department, | | |
| Respondent. | | |

## ORDER DENYING MOTION REGARDING ELECTRONIC FILING (Docket # 8)

The matter before the Court is the pro se petitioner's Motion for permission to electronically file (Docket no. 6).

Pro se litigants "who are incarcerated or on probation or supervised release may not participate in the Electronic Filing System and must file all documents by Traditional Filing." (See Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, Sec. 2, subsection l.)  Petitioner is challenging her conviction through her pending petition and is serving a sentence of 10 years supervision.  She must therefore file documents in her case traditionally.

Accordingly, her motion is ORDERED DENIED.

**SIGNED** on February 7, 2012.

*Nancy Stein Nowak*
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE